## Commonwealth *v.* Iliff, Appellant.

Submitted April 13, 1972. *Warren R. Keck, III*, Public Defender, for appellant; *Robert F. Banks*, First Assistant District Attorney, and *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Order affirmed.